**01–1417.  Valentine v. Willard & Assoc. Title Search.**

Fairfield App. No. 01CA15. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. Upon consideration of the motion of *amici curiae*, the Ohio Land Title Association and the Ohio State Bar Association, to participate in oral argument scheduled for April 24, 2002,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amici curiae* shall share the time allotted to appellees.

**01–2158.  Perotti v. Ishee.**

Mahoning App. No. 01CA88. This cause was filed as a discretionary appeal and claimed appeal of right. On March 4, 2002, this court declined jurisdiction and dismissed this appeal as not involving a substantial constitutional question. Upon *sua sponte* reconsideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should have proceeded as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court, *sua sponte*, that this appeal be restored to the docket and proceed as an appeal of right; the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Mahoning County; and the parties shall proceed in accordance with S.Ct.Prac.R. VI.

**02–404.  Palco Invest. Co. v. Springfield.**

Clark App. No. 2002CA22. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellants' motion for emergency alternative R.C. 2503.40 writ to stay enforcement pending appeal,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

DOUGLAS and RESNICK, JJ., dissent.

# DISCIPLINARY CASES

**01–1994.  Disciplinary Counsel v. Callaghan.**

On June 1, 2001, this court suspended respondent, Thomas Callaghan, from the practice of law pursuant to Gov.Bar R. X(6)(B)(3), and Gov.Bar R. X(5)(A)(4). On March 12, 2002, respondent appeared before this court pursuant to an order to appear and show cause why he should not be held in contempt for failing to obey the order entered June 1, 2001. Upon consideration thereof,

IT IS ORDERED by the court that respondent, Thomas Callaghan (Attorney Registration No. 0021661), is held in contempt and shall cease and desist from the practice of law in any form until respondent is reinstated by order of this court.

IT IS FURTHER ORDERED that respondent shall not be reinstated to the practice of law until (1) respondent satisfies the continuing legal education requirements of Gov.Bar. R. X and complies with the requirements for reinstatement set forth in Gov.Bar R. X(7); (2) respondent complies with the Supreme Court Rules for the Government of the Bar of Ohio; (3) respondent complies with this and all other orders of the court; and (4) this court orders respondent reinstated.

Further sanctions are withheld provided respondent commits no further violations of this court's orders.

# MISCELLANEOUS DISMISSALS

**02–333.  State v. Pruitt.**

Trumbull App. No. 2001–T–0121. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.